**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Jerome David Morrow,

                Plaintiff,                Civil No. 10-949 (RHK/JSM)

vs.

                               **ORDER**

Robert B. Anderson, Kathleen L. Reuter,

                Defendants.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 26, 2010

                                s/Richard H. Kyle
                                RICHARD H. KYLE
                                United States District Judge