UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JEROME DAVID MORROW,                                    CIVIL NO. 10-949 (RHK/JSM)

    Plaintiff,

v.                                                                                    ORDER

ROBERT B. ANDERSON and
KATHLEEN L. REUTER,

    Defendants.


The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Janie S. Mayeron dated April 29, 2010.  No objections

have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of

the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.      Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2),

is **DENIED**; and

2.      This action is **DISMISSED WITHOUT PREJUDICE**.


Dated: May 24, 2010

                                 s/ Richard H. Kyle
                                 RICHARD H. KYLE
                                 United States District Judge